NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VEDANTI LICENSING LIMITED,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

———————————

**2017-2169**

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00212, IPR2016-00215.

———————————

**JUDGMENT**

———————————

ROBERT M. ASHER, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for appellant. Also represented by KERRY L. TIMBERS.

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellee. Also represented by ISRAEL SASHA MAYERGOYZ, Chicago, IL; JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and MOORE, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 12, 2019</u>
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court